STATE of Missouri, Respondent,

v.

George FEDE, Appellant.

No. ED 100454

Missouri Court of Appeals
Eastern District
DIVISION ONE

Filed: November 12, 2014

Kim Freter, 225 S. Meramec, Ste. 301, St. Louis, MO 63105, for appellant.

Chris Koster, Atty. Gen., Andrew C. Hooper, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Glenn A. Norton, J.

## ORDER

### PER CURIAM

George Fede appeals the judgment entered on a jury verdict finding him guilty of first-degree statutory sodomy, Section 566.062 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).